```
 1 │ PATRICK T. CONNOR, Esq., Bar No. 089136
   │ Email Address: pconnor@deconsel.com                    JS-6
 2 │ MARGARET R. GIFFORD, Esq., Bar No. 118222
   │ Email Address: mgifford@deconsel.com
 3 │ Sally S. Frontman, Esq., Bar No. 227735
   │ Email Address: sfrontman@deconsel.com
 4 │ DeCARLO, CONNOR & SHANLEY,
   │ a Professional Corporation
 5 │ 533 S. Fremont Avenue, Ninth Floor
   │ Los Angeles, California  90071-1706
 6 │ Telephone (213) 488-4100
   │ Telecopier (213) 488-4180
 7 │
   │ Attorneys for Plaintiffs, CARPENTERS
 8 │ SOUTHWEST ADMINISTRATIVE CORPORATION
   │ and BOARD OF TRUSTEES FOR THE CARPENTERS
 9 │ SOUTHWEST TRUSTS
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS | CASE NO. CV 07-6841-JFW (JTLx) |
| | Assigned to the Honorable John F. Walter |
| | ORDER ON THE STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE |
| Plaintiffs, | |
| v. | Fed. Rules Civ. Proc. 41(a)(1) |
| SHEWARD & SON & SONS, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed, without prejudice, as to DEFENDANT SHEWARD & SON & SONS, a California Corporation, and DOES 1 through 10.

Dated: March 21, 2008

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE